CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Cristian Armenta-Acosta**<br>YOB: 1997; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-02708MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about December 6, 2025, at or near Three Points, in the District of Arizona, **Cristian Armenta-Acosta**, an alien, entered the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Cristian Armenta-Acosta** is a citizen of Mexico. On December 6, 2025, agents found **Cristian Armenta-Acosta** in the United States at or near Three Points, Arizona, without the proper immigration documents. **Cristian Armenta-Acosta** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Cristian Armenta-Acosta** admitted to illegally entering the United States of America from Mexico on or about December 6, 2025, at or near Three Points, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

DETENTION REQUESTED

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Border Patrol Agent
Carlo A. Moreno

Sworn by telephone __x__

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
December 8, 2025

1)    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Houston